IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              No. 1:26-cr-02060-DHU

JAMIE COOK,

      Defendant.

## **ORDER**

This matter is before the Court on Defendant Jamie Cook's Motion for Release from Custody on Conditions. (Doc. 38) There being good cause shown by the Defendant, the Court having already ruled that Ms. Cook could be released pending an appropriate placement at a treatment facility, the Court finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that Defendant Jamie Cook shall be released from custody on the morning of July 9, 2026 and shall report to Cenikor at 1 pm that afternoon to begin a 90 day inpatient program. The Court will issue a separate order detailing conditions of release.

_____
UNITED STATES MAGISTRATE JUDGE

1